UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DICERNA PHARMACEUTICALS, INC.,<br><br>Plaintiff<br><br>v.<br><br>ALNYLAM PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No. 1:17-cv-11466-NMG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Dicerna Pharmaceuticals, Inc. and Defendant Alnylam Pharmaceuticals, Inc. hereby stipulate that all claims and counterclaims in the above-captioned action be dismissed, with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

| ALNYLAM PHARMACEUTICALS, INC. | DICERNA PHARMACEUTICALS, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| */s/ Matthew S. Barrett* | */s/ Gregory S. Bombard* |
| Eric J. Marandett (BBO# 561730) | Michael R. Gottfried (BBO# 542156) |
| Emarandett@choate.com | MRGottfried@duanemorris.com |
| Paul D. Popeo (BBO# 567727) | Vincent L. Capuano (BBO# 568517) |
| Ppopeo@choate.com | VCapuano@duanemorris.com |
| Matthew S. Barrett (BBO# 673882) | Steven M. Cowley (BBO# 554534) |
| Mbarrett@choate.com | SMCowley@duanemorris.com |
| Choate Hall & Stewart LLP | Gregory S. Bombard (BBO# 679720) |
| Two International Place | GBombard@duanemorris.com |
| Boston, MA  02110 | Duane Morris LLP |
| Tel: 617-248-5000 | 100 High Street, Suite 2400 |
| Fax: 617-248-4000 | Boston, MA  02110 |
| | Tel: 857-488-4200 |
| | Fax: 857-488-4201 |
| | |
| | OF COUNSEL: |
| | |
| | Wayne A. Mack |
| | WAMack@duanemorris.com |
| | Sean P. McConnell |
| | SPMcconnell@duanemorris.com |
| | Duane Morris LLP |
| | 30 South 17th Street |
| | Philadelphia, PA 19103-4196 |
| | Tel:  215.979.1000 |

Dated:  April 23, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on April 23, 2018.

                                                  */s/ Gregory S. Bombard*
                                                  Gregory S. Bombard